**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 32 WM 2022
:
Respondent :
:
:
:
v. :
:
:
:
DIAJHMERE DORTCH, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner's counsel is directed to file a Petition for Allowance of Appeal within 15 days.